# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

IN RE:

**Medical Associates of Mt. Vernon, P.C.**

CASE NO. 20-11615-KHK

Debtor                                                      CHAPTER 11

## VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate not to exceed $490.00 per hour in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: July 30, 2020

/s/ Michael G. Wolff
Michael G. Wolff, Esq.
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465-N
Rockville, MD 20850
Phone: (301) 250-7232
Email: mwolff@wolawgroup.com