**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **In the Matter of:** : | |
| : | **Chapter 11** |
| **MEDICAL ASSOCIATES OF** : | |
| **MT. VERNON, INC.,** : | |
| : | **Case No. 20-11615-KHK** |
| **Debtor.** : | |
| : | |

## ORDER AUTHORIZING EMPLOYMENT AND COMPENSATION OF COUNSEL

THIS MATTER comes on upon the application of Medical Associates of Mt. Vernon, Inc., t/a Mt. Vernon Internal Medicine ("MVIM" or "Debtor") to employ Henry & O'Donnell, P.C. as counsel under a general retainer at the firm's regular hourly rates;

IT APPEARING that in conjunction with the filing of the case, and in consideration of its employment as counsel on behalf of MVIM, Henry & O'Donnell, P.C. has agreed to waive and/or write-off the balance of any fees and costs owed to it as of the filing date of the subject Bankruptcy Case in the amount of $11,216.20, and further waives any remaining pre-petition debts it is or may be owed by the Debtor; and

IT APPEARING that said Application is well founded and in compliance with the applicable Federal Rules of Bankruptcy Procedure and that the employment of said counsel is necessary and in the best interests of the estate; it is hereby

ORDERED that the Debtor is authorized to retain and employ Henry & O'Donnell, P.C. as legal counsel at its regular hourly rates per hour of attorney time plus expenses incurred; and it is further

ORDERED that compensation shall be paid to said counsel in such amounts to be fixed by further Court Order upon application of counsel to the Court as required by the Federal Rules of Bankruptcy Procedure and by the Local Rules of this Court.

Date: Aug 25 2020 , 2020

/s/ Klinette H. Kindred
--------
**Hon. Klinette H. Kindred**
**United States Bankruptcy Judge**

Entered on Docket:  August 26, 2020

**I ASK FOR THIS:**

/s/ Kevin M. O'Donnell
**Kevin M. O'Donnell, VSB #30086**
**Jeffery T. Martin, Jr., VSB #71860**
**Henry & O'Donnell, P.C.**
300 N. Washington St., Suite 204
Alexandria, Virginia 22314
Telephone:  703-548-2100
Facsimile:  703-548-2105
Counsel for the Debtor

**Seen and Agreed:**

 /s/ Michael T. Freeman
**Michael T. Freeman, Assistant U.S. Trustee**
**Office of the U.S. Trustee**
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274
Michael.T.Freeman@usdoj.gov