

## WOLFF & ORENSTEIN, LLC
### ATTORNEYS AT LAW

MICHAEL G. WOLFF*
mwolff@wolawgroup.com
JEFFREY M. ORENSTEIN*
jorenstein@wolawgroup.com
MATTHEW E. ABBOTT**
mabbott@wolawgroup.com

*ADMITTED IN MD & DC
**ADMITTED IN MD

October 29, 2020

Re: Medical Associates of Mt. Vernon, P.C.
Chapter 11, Subchapter V, U.S. Bankruptcy Court,
Eastern District of Virginia
Case No. 20-11615-KHK

Dear Creditor:

The Medical Associates of Mt. Vernon, P.C. ("Debtor") chapter 11 was filed under the Small Business Reorganization Act, Subchapter V ("SBRA"). The SBRA went into effect on February 19, 2019. The Debtor remains in possession of its assets and continues to operate its business as a Debtor-In- Possession and its financial affairs are monitored by the Office of the United States Trustee ("UST"). The Debtor and its legal counsel will be communicating directly with you regarding this case.

The Debtor is a primary care medical practice located in Northern Virginia. On October 8, 2020 it filed a motion which is pending before the Court seeking the approval of a sale of substantially all of the assets of the Debtor. On the same day the Debtor also filed its Chapter 11 Plan. The Debtor has asserted in its Plan that "in its business judgment that there are current questions regarding the feasibility of a proposed reorganization of the Debtor, and that a sale of its assets and transition of the medical practice will provide the best measure of return for creditors". The terms of the proposed sale of the medical practice are detailed in the Motion which has been served upon you directly by the Debtor. Both of these documents should be read together and should be considered by you in evaluating the proposed actions of the Debtor and the impact on you as a creditor.

I write this letter to inform you of my role in this proceeding. I was appointed by the UST to serve as the Trustee in this case. I am a private attorney and I have served in multiple cases over my thirty-year career as a Trustee under the Bankruptcy Code. Most creditors have little or no experience with Bankruptcy and the new provisions of the SBRA. The role of the Trustee is to monitor the proceedings, appear in court, and either facilitate the development of a consensual plan or to act as a disbursing agent if a consensual plan cannot be achieved.

I have enclosed the Clerk's Notice that was sent to you when the case was filed which identifies names, addresses and important dates in the case. Under the SBRA only the Debtor

may propose a Plan and it did so as it was required to do on October 8, 2020. If you or your legal counsel have questions which I can answer in my role as Trustee please feel free to contact me at my email trustee@wolawgroup.com or at my office number below.

Sincerely,

Michael G. Wolff, Esq.
Chapter 11 Trustee

Enclosure
MGW/bh

| Information to identify the case: | | |
|---|---|---|
| Debtor<br>**Medical Associates of Mt. Vernon, P.C.**<br>Name | | EIN **54-1153200** |
| United States Bankruptcy Court **Eastern District of Virginia**<br>Case number: **20-11615-KHK** | | Date case filed for chapter **11**  **July 10, 2020** |

## Official Form 309F1 (For Corporations or Partnerships)
### Notice of Chapter 11 Bankruptcy Case

02/20

For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Medical Associates of Mt. Vernon, P.C. | |
| 2. | **All other names used in the last 8 years** | dba Mt. Vernon Internal Medicine, fka Mt. Vernon Internal Medicine, P.C. | |
| 3. | **Address** | 8988 Lorton Station Blvd., Suite 100<br>Lorton, VA 22079 | |
| 4. | **Debtor's attorney**<br>Name and address | Kevin M. O'Donnell<br>Henry & O'Donnell, P.C.<br>300 N. Washington Street<br>Suite 204<br>Alexandria, VA 22314 | Contact phone (703) 548-2100<br><br>Email: kmo@henrylaw.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov.<br><br>**McVCIS 24-hour case information:**<br>Toll Free 1-866-222-8029 | **Location of the Bankruptcy Clerk's Office:**<br>200 South Washington Street<br>Alexandria, VA 22314 | **Clerk of the Bankruptcy Court:**<br>William C. Redden<br><br>**Court Information:**<br>Hours open:<br>9:00 a.m. to 4:00 p.m. Monday thru Friday<br><br>Contact phone 703-258-1200<br><br>Date: 7/16/20 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **August 3, 2020 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**For telephonic 341 creditors meeting, dial-in contact information 877-465-7076, Access Code: 7191296.** For updates see, www.vaeb.uscourts.gov |

For more information, see page 2 >

Official Form 309F1 (For Corporations or Partnerships)    Notice of Chapter 11 Bankruptcy Case    page 1

Debtor  Medical Associates of Mt. Vernon, P.C.    Case number 20-11615-KHK

| | | |
|---|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:** | |
| | For all creditors (except a governmental unit): | 11/2/20 |
| | For a governmental unit: | 1/6/21 |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed, contingent,* or *unliquidated;*<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed, contingent,* or *unliquidated,* you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **8. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br>**Deadline for filing the complaint:** | **Filing deadline for dischargeability complaints: October 2, 2020** |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |
| **12. Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007-1, 1007-3, and 2003-1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004-2 and 6007-1. | |
| **13. Payment of Fees for Alexandria Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of December 16, 2013, for payment of fees and services. Payment may be made by non-debtor's check, money order, cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non-debtor's credit card. | |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877-837-3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*